**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION AT DAYTON**

| | |
|---|---|
| IN THE MATTER OF:<br><br>SEARCH AND SEIZURE WARRANTS, APPLICATIONS, PEN REGISTERS, TRACKING WARRANTS AND NON-DISCLOSURE ORDERS | CASE NO.: 3:21MJ358-CHG |

**MOTION TO UNSEAL CASE EXCLUDING CERTAIN DOCKET ENTRIES**

The United States moves to unseal the above-referenced case except Document 1 (application for search warrant and supporting affidavit) and Document 2 (search warrant) as that specific record contains information relating to one or more of the following: a minor, a victim, a cooperating individual who was readily identifiable, or personal identifying information of uncharged persons. The United States attaches to this motion a redacted version of Document 1 and Document 2 removing that sensitive information. Given these redactions, the undersigned submits that no other records under this case number either identity any minors, victims, or cooperating individuals or disclose personal identifying information of uncharged persons. The United States therefore moves the Court to grant this motion and unseal the case excluding Document 1 and Document 2.

Respectfully submitted,

KENNETH L. PARKER
United States Attorney

s/Brent G. Tabacchi
BRENT G. TABACCHI (IL 6276029)
Deputy Criminal Chief/Assistant United
States Attorney
200 West Second Street, Suite 600
Dayton, Ohio 45402
Office: (937) 225-2910
E-mail: Brent.Tabacchi@usdoj.gov