# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | |
|---|---|
| IN THE MATTER OF:<br><br>SEARCH AND SEIZURE WARRANTS, APPLICATIONS, PEN REGISTERS, TRACKING WARRANTS AND NON-DISCLOSURE ORDERS | CASE NO.:   3:21MJ358-CHG |

## ORDER UNSEALING CASE EXCEPT CERTAIN DOCKET ENTRIES

The Court grants the motion of the United States to unseal this case except for Document 1 and Document 2.  Document 1 and Document 2 shall remain sealed as it contains information relating to one or more of the following: a minor, a victim, a cooperating individual who was readily identifiable, or personal identifying information of uncharged persons.  Based on the certification of the United States that no other records on the docket contain such information including the redacted version of Document 1 and Document 2 attached to its motion to unseal, IT IS HEREBY ORDERED that this case shall be unsealed except for Document 1 and Document 2.

DATE:                                             _____
                                                  UNITED STATES MAGISTRATE JUDGE